38201-72203 (RER)

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION AT MEMPHIS

**NATIONWIDE INSURANCE COMPANY,**

    **Plaintiff,**

v.                                                            No.: 2:12-cv-02186-cgc

**STARNISHA HUDSON,**
**UVAUTAI BROOKS,**
**And GEICO INSURANCE COMPANY**

    **Defendants.**

---

### NOTICE OF VOLUNTARY DISMISSAL

---

Comes now Plaintiff Nationwide Insurance Company, by and through counsel, and gives notice that it is voluntarily dismissing its action against Defendants Starnisha Hudson, Uvautai Brooks, and GEICO Insurance Company pursuant to Rule 41(a)(1)(A)(i).

Respectfully submitted,

RAINEY, KIZER, REVIERE & BELL, P.L.C.

By:    */s/Russell E. Reviere*
       RUSSELL E. REVIERE , BPR #07166
       JONATHAN D. STEWART, BPR #023039
       *Attorneys for Plaintiff Nationwide Insurance Company*
       209 E. Main Street
       P.O. Box 1147
       Jackson, TN  38302-1147
       (731) 423-2414

38201-72203 (RER)

# CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that on June 8, 2012, a true and exact copy of the foregoing document was forwarded via electronic means through the Court's ECF system to:

Melanie Stewart
Matthew Russell
Stewart Law Group
9040 Garden Arbor Drive, Suite 101
Germantown, TN  38138
***Attorneys for Defendant Geico Indemnity Insurance Co.***

and to the following non-ECF participants via first claims U.S. mail, postage prepaid:

| | |
|---|---|
| Starnisha Hudson | Uvautai Brooks |
| 2850 Lamar Avenue | 65 Bennett Road |
| Memphis, TN  38114 | Covington, TN  38019 |

        RAINEY, KIZER, REVIERE & BELL, P.L.C.

By:   */s/ Russell E. Reviere*
       RUSSELL E. REVIERE, BPR #07166
       JONATHAN D. STEWART, BPR #023039
       *Attorneys for Plaintiff*